AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bloch, Alan N | 2. Court or Organization<br><br>USDC/WDPA | 3. Date of Report<br><br>4/19/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>8370 U.S.P.O. and Courthouse<br>Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer: _____ Date _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Ameritus Board of Directors | Make-A-Wish Foundation of Western Pennsylvania (non-profit corporation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2006 APR 24 A 10: 2b
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N | 4/19/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Law Association | March 18-20, 2005; New York, NY; Annual Dinner (transportation, meals, room) |
| 2. Academy of Trial Lawyers of Allegheny County | September 29-October 1, 2005; Farmington, PA; Annual Retreat at Nemacolin Woodlands (meals and room) |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N | 4/19/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N | 4/19/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pa. Caln Township Municipal Sewer Authority | A | Interest | J | T | | | | | |
| 2. Pa. Horsham Township Sewer Authority | A | Interest | J | T | | | | | |
| 3. Pa. Moon School District Authority | A | Interest | J | T | | | | | |
| 4. Pa. Northampton-Bucks Municipal Authority | A | Interest | J | T | | | | | |
| 5. Philadelphia Pa. Gas Works Bond (12th Series) | A | Interest | J | T | | | | | |
| 6. Westmoreland Cty. IDA Bond (Westmoreland Hospital) | A | Interest | | | Redeemed | 7/1 | J | | |
| 7. Lehigh Cty. IDA Bond (Pollution Control) | A | Interest | | | Redeemed | 3/11 | J | | |
| 8. Lehigh Cty. Pa. IDA Bond | A | Interest | | | Redeemed | 3/11 | J | | |
| 9. Pa. State Higher Education Facility Bond | A | Interest | J | T | | | | | |
| 10. Pa. State Higher Education Bond | A | Interest | J | T | | | | | |
| 11. Bethlehem Pa. School District Bond | A | Interest | J | T | | | | | |
| 12. Central Greene Pa. School District Bond | A | Interest | J | T | | | | | |
| 13. Deer Lakes School District Bond | B | Interest | K | T | | | | | |
| 14. Montgomery County Bond | A | Interest | J | T | | | | | |
| 15. Pa. State Higher Education (Temple Univ. Bond) | A | Interest | J | T | | | | | |
| 16. Philadelphia IDA Airport Bond | A | Interest | J | T | | | | | |
| 17. Philadelphia Authority Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal | R =Cost (Real Estate Only) | P4 =More than $50,000,000 S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N | 4/19/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Philadelphia City Water Bond | A | Interest | J | T | | | | | |
| 19. Somerset Cty. General Obligation Bond | A | Interest | J | T | | | | | |
| 20. University of Pittsburgh Bond | A | Interest | J | T | | | | | |
| 21. University of Pittsburgh Bond | A | Interest | J | T | | | | | |
| 22. Pa. Turnpike Bond (Series B) | A | Interest | J | T | | | | | |
| 23. Hampton Township School District Bond | A | Interest | J | T | | | | | |
| 24. Pa. State Higher Educ. Temple Univ. (1st Series) Bond | B | Interest | K | T | | | | | |
| 25. Hopewell PA Area School District Bond | A | Interest | J | T | | | | | |
| 26. Pottstown School District Bond | A | Interest | J | T | | | | | |
| 27. Girard School District Bond | A | Interest | J | T | | | | | |
| 28. Garnet Valley School District Bond | A | Interest | J | T | | | | | |
| 29. Lewistown Borough Water Authority Bond | A | Interest | J | T | | | | | |
| 30. Pine Richland School District Bond | A | Interest | J | T | | | | | |
| 31. Pa. State Higher Education (Series O) | A | Interest | J | T | | | | | |
| 32. North East Pa. School District Bond | B | Interest | K | T | | | | | |
| 33. South Park School District Bond | A | Interest | J | T | | | | | |
| 34. Sto-Rox School District Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N | 4/19/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Stroudsburg Penn Area School District Bond | B | Interest | K | T | | | | | |
| 36. Pa. State Higher Educ. Assistance Agency (B/E) | A | Interest | J | T | | | | | |
| 37. Harrisburg PA Parking Authority Bond | A | Interest | J | T | | | | | |
| 38. Pa. Turnpike B/E OY Bond | B | Interest | K | T | | | | | |
| 39. Pa. State Finance Auth. Beaver Cty. Bond | B | Interest | K | T | | | | | |
| 40. Philipsburg-Osceola School District Bond | A | Interest | J | T | | | | | |
| 41. Fairview School District Bond | B | Interest | K | T | | | | | |
| 42. Brookville School District Bond | A | Interest | J | T | | | | | |
| 43. Adams County Bond | A | Interest | J | T | | | | | |
| 44. Dauphin County Bond | A | Interest | J | T | | | | | |
| 45. Jim Thorpe School District Bond | B | Interest | K | T | | | | | |
| 46. Delaware Cty. IDA Sub. Water Authority Bond | A | Interest | J | T | | | | | |
| 47. Mt. Lebanon School District Bond | A | Interest | J | T | | | | | |
| 48. Lower Merion School District Bond | A | Interest | J | T | | | | | |
| 49. Altoona PA NTS Series A Bond | B | Interest | K | T | | | | | |
| 50. All. Cty. Hosp. Dev. Auth. Bond (Mercy Hospital) | B | Interest | K | T | | | | | |
| 51. Philadelphia PA Auth. (Series B) Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N | 4/19/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pittsburgh Water & Sewer Authority Bond | A | Interest | J | T | | | | | |
| 53. Scranton PA Gen. Obligation (Series B) Bond | A | Interest | J | T | | | | | |
| 54. Norristown School District Bond | A | Interest | J | T | | | | | |
| 55. Gateway School District Bond | A | Interest | J | T | | | | | |
| 56. Elizabethtown Sewer Authority Bond | A | Interest | J | T | | | | | |
| 57. Meyersdale Area School District | A | Interest | J | T | | | | | |
| 58. Scranton Penn School District Bond | A | Interest | J | T | | | | | |
| 59. Economy Pa. Municipal Sewer Authority | A | Interest | J | T | | | | | |
| 60. Abington School District Bond | A | Interest | J | T | | | | | |
| 61. Pa. State Ref. Project (1st Series) Bond | A | Interest | K | T | | | | | |
| 62. Philadelphia Pa. Water & Waste Water Bond | A | Interest | J | T | | | | | |
| 63. Fairview School District (Series B) Bond | A | Interest | J | T | | | | | |
| 64. Philadelphia Gas Works (5th Series) | A | Interest | J | T | | | | | |
| 65. Ambridge Penn Area School District | A | Interest | J | T | Bought | 3/7 | J | | |
| 66. Plum Borough School District | A | Interest | J | T | Bought | 7/6 | J | | |
| 67. Garnet Valley School District | A | Interest | J | T | Bought | 9/6 | J | | |
| 68. Interest-PNC Bank- Checking; Virgnia Manor Shops, Pgh. | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less  F =$50,000 - $100,000 | B =$1,001 - $2,500  G =$100,001 - $1,000,000 | C =$2,501 - $5,000  H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000  H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less  N =$250,001 - $500,000 | K =$15,001 - $50,000  O =$500,001 - $1,000,000 | L =$50,000 - $100,000  P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000  P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000  Q =Appraisal  U =Book Value | R =Cost (Real Estate Only)  V =Other | P4 =More than $50,000,000  S =Assessment  W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloch, Alan N | 4/19/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type(e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 50 Units-Pa. Ins. Mun. Trust-S.42; Bradford Trust Co. | A | Interest | J | T | | | | | |
| 70. Vanguard Pa. Insured Tax Free Fund | C | Dividend | L | T | | | | | |
| 71. Pimco | A | Dividend | J | T | | | | | |
| 72. Bell South | A | Dividend | J | T | | | | | |
| 73. J.P. Morgan Chase 7% Shares | A | Dividend | J | T | | | | | |
| 74. Bond Fund of America | A | Dividend | J | T | | | | | |
| 75. American High Income Trust | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bloch, Alan N | 4/19/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date 4/19/06

NOTE: ANY I_____R FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544